# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151800(51)

CLAM LAKE TOWNSHIP and HARING
CHARTER TOWNSHIP,
        Appellants,

v

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS / STATE
BOUNDARY COMMISSION, TERIDEE, LLC,
and CITY OF CADILLAC,
        Appellees.
_____/

SC: 151800
COA: 325350
Wexford CC: 2014-025391-AA

     On order of the Chief Justice, the motion of the Michigan Realtors to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 26, 2016, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2016



Clerk